UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| DR. MUHAMMAD MIRZA and ALLIED MEDICAL AND DIAGNOSTIC SERVICES, LLC,<br><br>          Plaintiffs,<br><br>    -v-<br><br>JOHN DOES #1-4,<br><br>          Defendants. |

19 Civ. 10121 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed plaintiffs' *ex parte* letter motion for leave to conduct expedited discovery aimed at identifying defendants, John Does #1-4. Dkt. 4. For the reasons set forth in plaintiffs' letter, the Court finds good cause to permit the reasonable discovery requested by plaintiffs prior to the conference required by Federal Rule of Civil Procedure 26(f). *See* Dkt. 4 at 2–3. Without leave to conduct expedited discovery, plaintiffs have no way to identify and serve defendants or to seek relief for their alleged injuries.

Plaintiffs' motion is therefore granted. Plaintiffs may serve Yelp.com and defendants' internet service providers with a Rule 45 subpoena seeking information sufficient to identify each unidentified defendant. Any information disclosed to plaintiffs in response to the Rule 45 subpoena may be used by plaintiffs solely for the purpose of identifying and serving John Does #1-4.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 4.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: November 14, 2019
　　　　New York, New York